UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYRON SANCHEZ AMAYA,<br>　　　　　Plaintiff,<br>　　v.<br>JOHN J SULLIVAN, et al.,<br>　　　　　Defendants. | Case No. 18-cv-02483-DMR<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT** |

Plaintiff Bayron Sanchez Amaya filed the complaint on April 26, 2018. [Docket No. 1]. It appears that the summons and complaint have not yet been served on Defendants John J. Sullivan, Acting Secretary of State, and Jane/John Doe, Chief of Consular Section, U.S. Consulate, San Salvador, El Salvador (collectively "Defendants"). Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 90 days after the complaint is filed. Accordingly, Plaintiff is hereby ORDERED to show cause in writing by no later than **August 17, 2018** why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendants.

**IT IS SO ORDERED.**

Dated: August 8, 2018



Donna M. Ryu
United States Magistrate Judge